No. —, original. EX PARTE L. H. HEYMANN ET AL. October 11, 1937. Motion for leave to file petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. The petition for writ of certiorari is also granted. *Messrs. John M. Lee* and *Walter E. Wiles* for petitioners. *Messrs. Irving H. Flamm* and *Myer Abrams* for respondents.

No. 378. MATY, ADMINISTRATRIX, *v.* GRASSELLI CHEMICAL Co. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. October 11, 1937. Motion for consideration of the petition for writ of certiorari on typewritten petition and record, and petition for writ of certiorari, granted. The Clerk is directed to print the record and petition for writ of certiorari. *Messrs. Charles L. Guerin, Thomas F. Gain,* and *Francis Shunk Brown* for petitioner. *Messrs. Louis Rudner* and *Carl E. Geuther* for respondent.

No. 121. LONERGAN *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* granted. *Mr. Pierce Lonergan, pro se. Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, J. Albert Woll,* and *W. Marvin Smith* for the United States.